UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ion: Mindreci,

Petitioner,

vs.

The State of Minnesota,
The County of Olmsted, and
The City of Rochester,

Respondents.

Civil 00-822 JMR/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 7, 2000, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that petitioner's application for a writ of habeas corpus [#1] is DISMISSED.

DATED: April 26th, 2000.

JUDGE JAMES M. ROSENBAUM
United States District Court

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK