# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ion Mindreci

Case No. Civil 00-822 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

The State of Minnesota,
The County of Olmsted, and
The City of Rochester

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Petitioner's application for a writ of habeas corpus is dismissed.

DATE: April 28, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

5